AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Rotella)                                USAO C&W No. 22-093

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Giovanni Javier Camacho<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 22-1802-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 28, 2022___ in the county of ___Philadelphia___ in the ___Eastern___ District of ___Pennsylvania___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251 | Manufacture and attempted manufacture of child pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

/s Joshua Conrad, SA, HSI
*Complainant's signature*

Joshua Conrad, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 10, 2022.

/s Honorable Richard A. Lloret, USMJ
*Judge's signature*

City and state: Philadelphia, PA

Honorable Richard A. Lloret, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Joshua Conrad, a Special Agent with the United States Department of Homeland Security, being duly sworn, deposes and states as follows:

1. I am a Special Agent ("SA") with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), assigned to the Special Agent in Charge in Philadelphia, Pennsylvania, and I have been so employed since April 2016. Prior to that, I was assigned to the Special Agent in Charge in El Paso, Texas, since October 2010. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252(a), and 2252A. I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants, a number of which involved child exploitation and/or child pornography offenses.

2. All information contained in this affidavit is based either on my personal knowledge or the knowledge of other law enforcement officers and agents involved with this investigation. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant I have not included each and every fact known to this investigation.

3. As will be shown below, there is probable cause to believe that Giovanni CAMACHO has committed violations of 18 U.S.C. § 2251(a), manufacture and attempted manufacture of child pornography.

4. In October 2022, Homeland Security Investigations (HSI) Portland Special Agent (SA) Clint Lindsly was conducting online undercover activity on Kik messenger. Kik is a mobile

messaging application that permits its users to exchange images, videos, websites, and other applications with mobile web pages. The Kik app is available for download via the App Store for most iOS devices such as iPhones and iPads and is available on the Google PlayStore for Android devices. Kik can be used on multiple mobile devices, to include cellular phones and tablets. Kik offers users the ability to create an identity within the app referred to as a "username." This username is unique to the account and cannot be changed, and no other user can utilize the same username.

5. As part of SA Lindsly's investigation, he located a public group called "#XXXXXXX" with a group name of "XXXXXX."[1] SA Lindsly was later joined by HSI Task Force Officer (TFO) Jason Reid in this investigation.

6. Upon entering the group, SA Lindsly observed that there were approximately 100 users in the chatroom. Over the next several weeks, SA Lindsly monitored this chatroom and learned that the purpose was almost exclusively the distribution and sharing of child pornography. Dozens of images and videos of child pornography were distributed in this chatroom while being monitored by SA Lindsly and TFO Reid. These media files were accessible by anybody in the group.

7. On October 28, 2022, at approximately 11:41 a.m. (PST), SA Lindsly and TFO Reid were monitoring the chatroom. The user "G O" with username "Gopester68" posted two images that depicted a young girl approximately three to five years of age lying on a bed. In the first image, the child was naked from the waist down and her naked butt was visible. The second image depicted a male hand spreading the child's buttocks to display her anus for the camera.

---

[1] Though the public group name and the group name within that public group are identified in this affidavit as "XXXXX," the true names are known to your Affiant and will be disclosed to the Court and the defendant. They are omitted from this public filing to prevent access by the public to child pornography and to protect the ongoing criminal investigation.

8.  SA Lindsly then privately messaged "Gopester68" to discuss the two above images. In summary, "Gopester68" identified the child in the images as his three-year-old stepdaughter. "Gopester68" further explained that he has been "training her since 6 months," that "she asks for it herself takes it out and all still scared to put it fully in her mouth but licks it and loves anal so far," that he "busted the best nut of [his] life the first time," and that he "can't put it all in thou too long for her size." "Gopester68" explained that he had custody of the child "mornings and days with her often." SA Lindsly and "Gopester68" communicated for several days over private messaging, from October 28, 2022 to October 30, 2022.

9.  During these private messages with SA Lindsly, "Gopester68" revealed a number of identifying features – he stated that he lived on the east coast near New York, that he was 22 years old, that he was Puerto Rican, and that his name was "Giovanni." The user also sent SA Lindsly a "selfie" type image of himself. However, the man depicted in the photograph was wearing a mask and a hoodie pulled up. As such, only his eyes and forehead were visible. SA Lindsly noted that the picture depicted a man with very prominent eyebrows.

10. Based on the above and believing that a child was being actively sexually abused by "Gopester68," SA Lindsly and TFO Reid submitted an Emergency Disclosure Request (EDR) to Kik for basic subscriber information and IP logs for "Gopester68."

11. On October 31, 2022, Kik provided the EDR records to SA Lindsly and TFO Reid. In reviewing the records for Kik user "Gopester68," SA Lindsly learned the following:

> First Name: G
> Last Name: O
> Email: giotonyquan@gmail.com (confirmed)
> Username: Gopester68
> Registration Timestamp: June 26, 2022 00:52:27 (UTC)
> Registration Phone: Samsung Android SM-A025U

12. In addition to the basic subscriber records, Kik also produced IP logs between October 1 and 30, 2022. The records noted approximately 1,887 logins to the account from several IP addresses, including Verizon Fios, Comcast, and T-Mobile. The primary IP address that accessed the Kik account "Gopester68" was 100.14.184.160, which is serviced by Verizon. Of the 1,887 total logins into the account "Gopester68," approximately 1,766 (94%) were accessed by 100.14.184.160.

13. Subscriber records for IP address 100.14.184.160 from Verizon revealed the following:

> Name: Tamika Curtis
> Service Address: 2930 W Diamond Street Flr 3, Philadelphia, PA 19121
> Phone: 215-668-3543
> Email: curtismika@yahoo.com
> IP Assignment Start: June 28, 2022
> IP Assignment Stop: currently subscribed

14. Utilizing law enforcement databases and information provided to SA Lindsly and TFO Reid by "Gopester68," SA Lindsly identified the following individual:

> Giovanni Javier CAMACHO
> DOB 11/19/99
> PA DL #32859079
> FBI #PH7J8XCPR
> SSN 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

15. Subscriber records obtained from Google for the email account [giotonyquan@gmail.com](giotonyquan@gmail.com), the confirmed email address for the Kik user "Gopester68," revealed the following:

> Name: Philly's Podcast
> Given Name: Philly's
> Family Name: Podcast
> Created: January 3, 2019
> Account Recovery Phone Number: 215-294-0177
> Phone Number: 215-294-0177
> Device ID: 4098526270153784905

        MEID: 35701453440358
        IMEI: 357014534403589
        Serial Number: a02q:R9HRB0BV3AW
        Model: SM-A025U

16. On November 1, 2022, the Pennsylvania State Attorney General Office's Child Predator Unit, the Philadelphia Police Department, and HSI executed a state search warrant at the residence located at 2930 West Diamond Street, 3rd floor, Philadelphia, PA 19121. Giovanni CAMACHO was home at the time the execution of the search warrant and, after being advised of his Miranda rights, agreed to speak to law enforcement.

17. CAMACHO admitted to creating and using the Kik account "Gopester68." CAMACHO admitted that on Friday, October 28, 2022, he took several photos with his phone of his two-year-old stepdaughter, one of which showed his hands pulling her butt cheeks apart and showing her anus. CAMACHO was shown a sanitized copy of one of the images and CAMACHO confirmed that he took that picture as well as another picture of his two-year-old stepdaughter in his bedroom. CAMACHO advised that he distributed those photos to another user on Kik, and then "felt bad" about what he had done and deleted the images from his phone. Shortly after, he went back into his Kik account, copied the photos, and again distributed them on Kik, this time to the same Kik group identified above in paragraph 5 (which CAMACHO named and which, unbeknownst to CAMACHO, was monitored by HSI agents).

18. As part of the search warrant, law enforcement seized the defendant's Samsung Galaxy cellular phone, model SM-A025U, serial number R9HRB0BV3AW, which the defendant identified as the phone he used to take the photographs of his stepdaughter. The phone is the same make and model identified by Kik.

## CONCLUSION

19. Based on the aforementioned information, your Affiant respectfully submits that there is probable cause to believe that Giovanni CAMACHO violated 18 U.S.C. § 2251(a), manufacture and attempted manufacture of child pornography, as more fully set forth in Attachment A. In consideration of the foregoing, your Affiant respectfully requests that this Court issue a warrant for the arrest of Giovanni CAMACHO.

Respectfully submitted,

/s Joshua Conrad, SA, HSI
_____
JOSHUA CONRAD
Special Agent, HSI

Subscribed and sworn before me
this 10th day of November, 2022.

/s Honorable Richard A. Lloret
_____
HONORABLE RICHARD A. LLORET
United States Magistrate Judge

**ATTACHMENT A**

**Count One**
**Manufacture and Attempted Manufacture of Child Pornography,**
**in violation of Title 18 United States Code, Sections 2251(a), (e)**

On or about October 28, 2022, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant GIOVANNI CAMACHO employed, used, persuaded, induced, enticed and coerced Minor #1, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and the visual depiction was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.